### 18763. CRUMMEY *v.* THE STATE.

LUKE, J. The evidence in this case supports the verdict; the charge of the court was not subject to any criticism made of it in the special assignments of error; and for no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 10, 1928.

*Vara A. Majette,* for plaintiff in error.
*Raymond Pierce, solicitor, W. G. Thomas,* contra.

### 18764. STONE *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial; the evidence supports the verdict, and the judge did not err in refusing to grant a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 10, 1928.

*Eli B. Hubbard,* for plaintiff in error.
*Joseph B. Duke, solicitor-general,* contra.

### 18767. DENNIS *v.* THE STATE.

BROYLES, C. J. 1. In view of the notes of the trial judge incorporated in the first, second, and third special grounds of the motion for a new trial, those grounds are without merit.

2. The remaining special ground of the motion for a new trial is not complete and understandable within itself, and therefore can not be considered by this court.

3. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1928.

*G. L. Dickens,* for plaintiff in error.
*Joseph B. Duke, solicitor-general,* contra.